IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILSON JACKSON,

    Plaintiff,

v.

GARY HAMBLIN, CHARLES COLES,
WELCOME ROSE, CHARLES FAKTOR,
LORI ALSUM, JAMES (JIM) GREER,
DR. BURNETT, MARY MUSE, KAREN
ANDERSON, ANDREA OLMANSON,
J.B. VAN HOLLEN, JUDGE CRAIG R. DAY,
LISA RENEKE, MARTY BEIHL,
TIMOTHY (TIM) HAINES, SWEENEY,
DIANE ALDERSON, MARY MILLER,
DR. BURTON COX, RUBIN ASCH, SHANNON
SHARPE, BROWN, GARDER, GERL, SARAH
MASON, BRIAN KOOL, ESSER, HEGE,
KUSSMAL, HENNEMAN, RUSSELL HILL,
PRIMMER, MICHAEL SHERMAN, MELI,
DRESSEN and LIEUTENANT TOM,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-598-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* against all defendants and dismissing this case.

_Peter Oppeneer_            11/29/12

Peter Oppeneer, Clerk of Court      Date